No. 93–1664. Williams et al. v. Stewart, Personal Representative of the Estate of Stewart. Ct. Sp. App. Md. Certiorari denied.

No. 93–1668. Crowell v. United States. C. A. 9th Cir. Certiorari denied.

No. 93–1680. Contreras-Subias v. United States. C. A. 9th Cir. Certiorari denied.

No. 93–1694. Adams v. United States. C. A. 4th Cir. Certiorari denied.

No. 93–6253. Allum v. Second Judicial District Court of Nevada et al. Sup. Ct. Nev. Certiorari denied.

No. 93–7583. Black v. Colorado. C. A. 10th Cir. Certiorari denied.

No. 93–7699. Karim-Panahi v. United States et al. C. A. D. C. Cir. Certiorari denied.

No. 93–7826. Geery v. United States District Court for the District of Idaho. C. A. 9th Cir. Certiorari denied.

No. 93–7849. Barfield v. Secretary, North Carolina Department of Crime Control, et al. C. A. 4th Cir. Certiorari denied.

No. 93–7856. Bennett v. Borg, Warden. C. A. 9th Cir. Certiorari denied.

No. 93–7871. Dupard v. Jarvis et al. C. A. 6th Cir. Certiorari denied.

No. 93–7935. Kowalczyk v. Thompson, Warden, et al. C. A. 2d Cir. Certiorari denied.

No. 93–7979. Lowery v. United States. C. A. 11th Cir. Certiorari denied.

No. 93–8006. Mena v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.